## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                **CASE NO. 3:18cr62/MCR**

**ELVIN CASTRON-MURCIA**

_____

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **ELVIN CASTRON-MURCIA**, pursuant to Title 18, United States Code, Section 2428, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts One and Two of said indictment, to wit: that the defendant did travel in interstate commerce for the purpose of illicit sexual conduct and transporting a minor in interstate commerce for illicit sexual activity;

AND WHEREAS, on or about February 28, 2019, defendant **ELVIN CASTRON-MURCIA** pled guilty to the violations set forth in the indictment, and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 2428 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1.     That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2.     That the property which is subject to forfeiture in this Order is as follows:

> **A. A Samsung model Galaxy Luna SM-S120VL cellular telephone, IMEI 359259078011318, and**
> **B. An Apple iPhone model 10 cellular telephone, serial number G6VVQ10VJCL7.**

3.     That an order of preliminary forfeiture is hereby entered in favor of the United States against defendant **ELVIN CASTRON-MURCIA** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.


**IT IS SO ORDERED** this 5th day of March 2019.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**